## LATTIMORE v. MILLER

No. 134P99

Case below: 132 N.C.App. 397

Petition by defendants (B. W. Miller and David M. Bishop) for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## LENOIR COUNTY v. HILLCO, LTD.

No. 207P99

Case below: 132 N.C.App. 584

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## LILLEY v. BLUE RIDGE ELECTRIC MEMBERSHIP CORP.

No. 295P99

Case below: 133 N.C.App. 256

Petition by defendant (Blue Ridge Electric) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## LIN v. LIN

No. 511P98-2

Case below: 128 N.C.App. 533
          350 N.C.97

Petition by plaintiff for writ of certiorari to review the order of the North Carolina Court of Appeals denied 22 July 1999.

## LUARD v. ROSS ANGEL ASSOCS.

No. 219P99

Case below: 132 N.C.App. 823

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.